HENDRICKSON, Respondent, v. GULDE, Appellant. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) Action by George C. Hendrickson against Jacob Gulde. No opinion. Judgment and order of the County Court of Suffolk County unanimously affirmed, with costs.

In re HERMANN. (Supreme Court, Appellate Division, First Department. June 25, 1915.) In the matter of Magdalena Hermann (or Herman), deceased. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellants comply with terms stated in order. Order filed. See, also. 87 Misc. Rep. 476, 150 N. Y. Supp. 118; 154 N. Y. Supp. 957.

HERRMAN v. JEFFE et al. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) Action by James S. Herrman against Jeannette C. Jeffe and others; Alfred J. Moisant, appellant.

PER CURIAM. Judgment affirmed, with costs.

STAPLETON, J., dissents.

HICKEY v. REED. (Supreme Court, Appellate Division, First Department. June 25, 1915.) Action by Josephine Hickey against Latham G. Reed. No opinion. Motion to dismiss appeal granted, without costs. Order filed.

HINMAN, Appellant, v. FOSTER–SCOTT ICE CO., Respondent. (Supreme Court, Appellate Division, Third Department. September 21, 1915.) Action by William F. Hinman, doing business in the city of Albany, under the firm name and style of W. C. Saxton & Co., against the Foster-Scott Ice Company. No opinion. Order affirmed, with $10 costs and disbursements.

HIRSHFELD v. OWNERS' STANDARD REALTY CORPORATION et al. (Supreme Court, Appellate Division, First Department. July 9, 1915.) Action by Mollie Hirshfeld against the Owners' Standard Realty Corporation and others. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

HOLZMAN et al., Appellants, v. HAGEMAN & CO. OF NEW YORK et al., Respondents. (Supreme Court, Appellate Division, First Department. July 9, 1915.) Action by Jacob Holzman and others, as trustees, etc., against Hageman & Co. of New York and others. A. T. Scharps, of New York City, for appellants. S. P. Anderton and T. W. Foster, both of New York City, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

HOTTENROTH v. CITY OF NEW YORK et al. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) Action by Charles G. Hottenroth against the City of New York and another; East River Terminal Railroad, appellant. No opinion. Judgment and order unanimously affirmed, with costs.

HOUSEMAN, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant (Action No. 1). (Supreme Court, Appellate Division, Fourth Department. May 29, 1915.) Action by George A. Houseman against the New York Central & Hudson River Railroad Company.

PER CURIAM. Order affirmed, without costs of this appeal to either party. Held that, while the moving affidavits apparently do not state facts upon which an order for an open commission should have been granted, yet, in view of the laches of the defendant and the correspondence between the attorneys for the respective parties, read upon the application herein, and the further fact that the commissions have been executed, the order should be affirmed. See, also, 154 N. Y. Supp. 1126.

HOUSEMAN, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant (Action No. 2). (Supreme Court, Appellate Division, Fourth Department. May 29, 1915.) Action by George A. Houseman against the New York Central & Hudson River Railroad Company. No opinion. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs. Held that the moving papers do not show the necessity for an open commission, nor were adequate terms imposed. See, also, Sullivan v. Taintor Mfg. Co., 144 App. Div. 797, 129 N. Y. Supp. 598, and cases there cited. See, also, 154 N. Y. Supp. 1126.

HUBER, Appellant, v. CONEY ISLAND & B. R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) Action by John Huber, Jr., against the Coney Island & Brooklyn Railroad Company.

PER CURIAM. Judgment reversed, and new trial granted, costs to abide the event, on the ground that the evidence tended to establish: (1) That Noseworthy was defendant's superintendent, whose principal duty was that of superintendence; (2) that he was negligent in a matter of superintendence in directing the use of the process of ramming down the partly cut posts instead of using a long rope to pull them down; (3) that such negligent act was a proximate cause of the accident; and further (4) that plaintiff was free from contributory negligence; and also because, on the evidence showing that plaintiff objected to the method used and was by the superintendent practically assured of its safety and directed to continue its use, the issue of assumption of risk was, even in the end, for the jury and not for the trial court to decide.

HUNT, Respondent, v. VILLAGE OF OTEGO, Appellant. (Supreme Court, Appellate Division, Third Department. July 1, 1915.) In the matter of the application of Frank W. Hunt, against the Village of Otego, for the appointment of commissioners and assessment of damages. No opinion. Order unanimously affirmed, with costs. See, also, 160 App. Div. 158, 145 N. Y. Supp. 495.